February 24, 2015

C Cooper Knowles
Donald D J Stack
Kimberly Ann Sturm
Attorneys at Law
260 Peachtree St Ste 1200
Atlanta, GA  30303

Mark Edmund Perry, II
Zachary R Cowart
Attorneys at Law
PO Box 5979
Valdosta, GA  31601

George T Talley
Timothy M Tanner
Attorneys at Law
PO Box 5437
Valdosta, GA  31603-5437

          RE:    **Jason T Parker et al v The City of Valdosta Georgia**
                  **Civil File Number:  7:14-cv-156-HL**
                  **US District Court – Middle District of Georgia**

Dear Counsel and/or Parties:

      The Scheduling/Discovery Order in this case has been electronically filed this date.  You will receive electronic or written notice of this filing from the clerk's office.  Some lawyers and litigants either do not thoroughly read this Order or conduct themselves as if they do not understand it.  This letter is an attempt to avoid future misunderstanding and to let you know how I want things done.

      I am serious about the deadlines in the Scheduling/Discovery Order as well as those under the Federal Rules and Local Rules.  I do not wish to restrict the amount of time you have to do anything under any rule, but you should not assume that you can wait until a deadline has passed to seek extensions or other relief.  If you reasonably need more time to do anything please feel free to file a motion for extension prior to the time the relief is needed.

Messrs. Knowles, Stack, Perry, Cowart, Talley, Tanner and Ms. Sturm
February 24, 2015
Page Two
_____

     I expect all discovery required by the rules to be timely filed or furnished to opposing counsel.

     You should contact my office by motion, letter or phone concerning any discovery dispute or problem as soon as it arises.  If you are entitled to some discovery and it does not timely arrive, let my office know immediately so that we may deal with the problem.  It might help you to know that my discovery philosophy leans toward providing information when requested and debating its materiality, relevancy or discoverability after we know what it is.  I realize that discovery problems can arise despite the best efforts and good faith of lawyers.  I also know that a few lawyers deliberately create discovery problems or, at least, don't make any effort to avoid them.  This latter group will get no sympathy from me.

     If you run into problems requiring my intervention during depositions you should try to telephone immediately.  My office knows where I am most anytime and if I can be reached by phone I will be happy to try to help you solve your problem.

     I do not wish to manage your case.  I do want you to attend to it such that it proceeds with reasonable expedition.  If you do not do that I will intervene.

     You are reminded that the Scheduling/Discovery Order directs that the case be ready for trial 12 months after the parties' Rule 26(f) conference.

     Please feel free to call my office whenever you think we may be of help.

                                       Sincerely yours,

                                       ***s/Hugh Lawson***

                                       Hugh Lawson

HL/nop